**IT IS ORDERED as set forth below:**



Date: March 21, 2013

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | CASE NO. 08-11299-WHD |
| MICHAEL ANTHONY SULLIVAN, ) | |
| LINDA HAMLETT YORK SULLIVAN, ) | |
| ) | CHAPTER 13 |
| DEBTOR(S). ) | |

**CONSENT ORDER ON TRUSTEE'S MOTION FOR TURNOVER OF TAX REFUND, MOTION TO MODIFY PLAN, OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURUSANT TO SECTION 109(g)(1)**

The Chapter 13 Trustee's Motion for Turnover of Tax Refunds, Motion to Modify Plan, or, in the Alternative, Motion to Dismiss Pursuant to Section 109(g)(1) was filed on November 5, 2012. A hearing was scheduled for January 24, 2013. An agreement was reached between the Debtors' Attorney and the Trustee's attorney to resolve the matter. Accordingly,

**IT IS ORDERED** that the Trustee's Motion for Turnover of Tax Refund, Motion to Modify Plan, or, in the Alternative, Motion to Dismiss Pursuant to Section 109(g)(1) is GRANTED. Debtors' Chapter 13 Plan shall be modified to increase the Plan base by $3,304.00.

The Clerk of Court is directed to serve notice of this Order on Debtors, Debtors' attorney, the Chapter 13 Trustee, and all creditors and parties of interest.

**[END OF DOCUMENT]**

Order Presented By:

_____/s/_____
Jonathan S. Adams, Attorney for the
Standing Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303
(678) 510-1444
GA Bar No. 979073

Consented to by:

_____/s/_____
Lisa D. Loftin, Attorney for Debtor
Newton & Howell, P.C.
127 ½ E. Solomon Street
P.O. Box 551
Griffin, GA  30224
(770) 227-0110
GA Bar No. 455716