UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MICHAEL ANTHONY SULLIVAN AND ) | |
| LINDA HAMLETT YORK SULLIVAN ) | CASE NO.: 08-11299-WHD |
| ) | |
| ) | |
| DEBTORS ) | |

## DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

*This Certificate must be completed and filed with the Court in order for each debtor to receieve a discharge. In joint cases, a seperate Certificate must be completed and signed by each debtor. This Certificate should be filed after the debtor has completed all payments (as required by the Plan or as specified by order of the Court.)*

I declare under penalty of perjury that the information provided in this Notice is true and correct.

A. Appropriate Box Must Be Checked:

☒ 1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐ 2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐ 3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to paragraph B.**

The name and address of each holder of a domestic support obligation are:

Name:_____    My Current Address:

Address:_____    _____

_____    _____

_____    _____

_____


My Current Employer is:
Name:_____

Address:_____

_____

_____


B. ☑ 1. I have NOT received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

☐ 2. I have received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

C. ☑ 1. I have NOT received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

☐ 2. I have received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

**By signing this Notice, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.**

DATE: 4-3-13                                    /s/ _____
                                                              Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MICHAEL ANTHONY SULLIVAN AND ) | |
| LINDA HAMLETT YORK SULLIVAN ) | CASE NO.: 08-11299-WHD |
| ) | |
| ) | |
| DEBTORS | |

### DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

*This Certificate must be completed and filed with the Court in order for each debtor to receieve a discharge. In joint cases, a seperate Certificate must be completed and signed by each debtor. This Certificate should be filed after the debtor has completed all payments (as required by the Plan or as specified by order of the Court.)*

I declare under penalty of perjury that the information provided in this Notice is true and correct.

A. Appropriate Box Must Be Checked:

☒ 1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐ 2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐ 3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to paragraph B.

    The name and address of each holder of a domestic support obligation are:

    Name:_____    My Current Address:

    Address:_____    _____

    _____    _____

    _____    _____

    _____

    My Current Employer is:
    Name:_____

    Address:_____

    _____

B. ☑ 1. I have NOT received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

    ☐ 2. I have received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

C. ☑ 1. I have NOT received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

    ☐ 2. I have received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

By signing this Notice, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.

DATE: 4/3/2013            /s/_____
                                                         Debtor